UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY GREY HERMANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY SHERIFF OFFICE JAIL DIVISION,<br><br>　　　　Defendant. | Case No.: 1:23-cv-00446-JLT-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE<br><br>(Doc. 9) |

　　　　Zachary Grey Hermann seeks to hold defendant liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　The magistrate judge recommended this action be dismissed without prejudice for plaintiff's failure to keep the Court apprised of his current address and failure to prosecute. (Doc. 9.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)[1]

　　　　According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

---

[1] The Findings and Recommendations were returned to the Court by the United States Postal Service on February 3, 2025, marked "Undeliverable, Discharged."

Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 21, 2025 (Doc. 9) are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, without prejudice, for plaintiff's failure to obey the Local Rules and failure to prosecute.
3. The Clerk of the Court is directed to terminate all pending deadlines and to close this case.

IT IS SO ORDERED.

Dated: __**February 7, 2025**__                    _/s/ Jennifer L. Thurston_
                                                                    UNITED STATES DISTRICT JUDGE